IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LOVELL AND JENNIFER LEWIS                                              PLAINTIFFS

VS.                                              CIVIL ACTION NO.4:07cv00024-DPJ-JCS

MISSISSIPPI FARM BUREAU MUTUAL INSURANCE
COMPANY; ET AL.                                                        DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS DAY, THIS CAUSE came on to be heard on the joint *ore tenus* motion of Plaintiffs and Defendant Washington Mutual Bank successor in interest to Washington Mutual Home Loans, Inc. and North American Mortgage Company to dismiss the claims in this action with prejudice, and the Court, being fully advised in the premises finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted by Plaintiffs Lovell and Jennifer Lewis in this action shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

**SO ORDERED AND ADJUDGED** this the 17th day of January, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


AGREED AND APPROVED:
/s/ Christopher M. Falgout
COUNSEL FOR PLAINTIFFS


/s/ Katharine M. Samson
COUNSEL FOR WASHINGTON MUTUAL
BANK